Eastern District of Kentucky
FILED
AUG 30 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 04-34-KSF

UNITED STATES OF AMERICA,     PLAINTIFF

V.     **ORDER**

EAST KENTUCKY POWER
COOPERATIVE, INC.,     DEFENDANT

\* \* \* \* \* \* \* \* \*

Pursuant to numerical ¶ 12 of the district court's Scheduling Order entered herein on August 26, 2004, all discovery disputes were referred to the Magistrate Judge for resolution. [DE #10].

On Monday, August 29, 2005, at 3:00 p.m., the Magistrate Judge conducted a telephone conference call with counsel concerning a disagreement between the parties as to whether certain documents identified in plaintiff's privilege log are protected by the "deliberative process privilege." Plaintiff was represented by Richard Gladstein, Jason A. Dunn, and Meredith Miller; defendant was represented by Roger R. Cowden, Dale W. Henley, Brent Rosser, and Nash E. Long, III. This proceeding was not transcribed by a court reporter.

Defendant's counsel advised the court that there are thirty-three (33) documents listed on plaintiff's privilege log which plaintiff has withheld from production, asserting that said documents are protected by the "deliberative process privilege." Defendant proposes that plaintiff submit these 33 documents to the Magistrate Judge for *in camera* review and that the parties submit simultaneous memoranda of law in support of their respective positions concerning whether said documents are privileged.

Plaintiff has no objection with the foregoing proposal.

Accordingly, **IT IS HEREBY ORDERED** that:

1. No later than September 15, 2005, plaintiff shall submit the 33 documents in question to the Magistrate Judge[1] for *in camera* review.

2. No later than September 15, 2005, the parties shall provide the Magistrate Judge with simultaneous memoranda in support of their respective positions concerning the discoverability of these 33 documents.

3. No later than September 22, 2005, the parties shall submit simultaneous memoranda in response to the opposing party's original memorandum, at which point the matter stands submitted for the court's consideration.

This 30th day of August, 2005.

JAMES B. TODD,
UNITED STATES MAGISTRATE JUDGE

TIC: 20 minutes

---

[1] The Magistrate Judge's mailing address is James B. Todd, United States Magistrate Judge, P. O. Box 2058, Lexington, KY 40508-2058.

2