IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
No. 5:04-CV-0034-KSF

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| **EAST KENTUCKY POWER COOPERATIVE,** | ) ) |
| Defendant. | ) ) ) |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendant East Kentucky Power Cooperative ("East Kentucky") files this Motion to Compel the production of documents. In support of this motion, East Kentucky states the following.

1. East Kentucky challenges the withholding of certain documents from discovery by Plaintiff United States of America ("Plaintiff"). Pursuant to the order of Magistrate Judge Todd dated August 30, 2005, Plaintiff has submitted for in camera inspection certain documents claimed as privileged.

2. For the reasons stated in the accompanying Memorandum in Support of Motion to Compel, filed under seal, East Kentucky is entitled to production of the withheld documents.

3. In further support of this Motion to Compel, East Kentucky incorporates by reference the attached Exhibits 1 through 31 cited in its Memorandum filed under seal.

Respectfully submitted, this 15th day of September, 2005.

Dale W. Henley
KY Bar No. 31110
Roger Cowden
KY Bar No. 15183
**EAST KENTUCKY POWER COOPERATIVE**
4775 Lexington Road
P.O. Box 707
Winchester, Kentucky 40391-0707
(859) 744-4812
(859) 744-6008 ~ Fax

John M. Holloway III*
Angela L. Jenkins*
**HUNTON & WILLIAMS LLP**
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200
(804) 788-8218 ~ Fax

Andrea Bear Field*
Makram B. Jaber*
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, DC 20006-1109
(202) 955-1500
(202) 778-2202 ~ Fax

*Admitted *pro hac vice*

By: s/ Nash E. Long, III
T. Thomas Cottingham, III*
Nash E. Long, III*
**HUNTON & WILLIAMS LLP**
101 South Tryon Street, Suite 3500
Charlotte, North Carolina 28280
(704) 378-4700
(704) 378-4890 ~ Fax

Keith Moorman
KY Bar No. 49875
**FROST BROWN TODD LLC**
2700 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507-1742
(859) 231-0000
(859) 231-0011 ~ Fax