Eastern District of Kentucky
**FILED**

SEP 2 2 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 04-34-KSF

UNITED STATES OF AMERICA,            PLAINTIFF

V.            **ORDER**

EAST KENTUCKY POWER
  COOPERATIVE, INC.,            DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on defendant's motion for leave to file under seal its Memorandum of Law in Support of Its Motion to Compel Production of Documents Not Protected by the Deliberative Process Privilege. [DE #39]. In support of its motion for leave to file said memorandum under seal, defendant states that it is not conceding that the documents described in the subject memorandum are privileged or confidential; however, out of an abundance of caution, defendant states that it believes it is appropriate to file its memorandum under seal, pending a ruling on its motion to compel the production of the documents in question that it believes not to be protected by the deliberative process privilege.

The Magistrate Judge having considered this matter and being duly advised,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion for leave to file under seal its Memorandum of Law in Support of Its Motion to Compel Production of Documents Not Protected by the Deliberative Process Privilege [DE #39] is **GRANTED**.

2. Defendant's memorandum entitled "East Kentucky's Memorandum of Law in Support of Its Motion to Compel Production of Documents Not Protected by the Deliberative Process

Privilege," which was filed on September 15, 2005, and which accompanies this Order, **SHALL BE FILED UNDER SEAL**.

This 22ND day of September, 2005.

JAMES B. TODD,
UNITED STATES MAGISTRATE JUDGE