UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-34 - KSF

UNITED STATES OF AMERICA                                                        PLAINTIFF,

VS.

EAST KENTUCKY POWER COOPERATIVE, INC.
                                                                                 DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

### UNITED STATES' MOTION FOR PROTECTIVE ORDER

The United States of America, acting by the Authority of the Attorney General and at the request of the Administrator of the United States Environmental Protection Agency ("EPA" or "Plaintiff") hereby files this "Motion for a Protective Order," and states as follows:

1. Pursuant to the Order of James B. Todd, United States' Magistrate Judge, dated August 30, 2005, plaintiff has submitted thirty-five (35) documents to the Court for *in camera* review. Plaintiff and defendant East Kentucky Power Cooperative have filed simultaneous memoranda regarding whether the documents should be protected by the deliberative process privilege. These documents and memoranda were filed with the Court on September 15, 2005.

2. With its Memorandum, defendant also filed a Motion to Compel Production of Documents Not Protected by the Deliberative Process Privilege.

3. The United States seeks a Protective Order under Fed. R. Civ. P. Rule 26(c) for the

thirty-five disputed documents.[1]  As set out in the accompanying Response Memorandum, and in plaintiff's September 15 Memorandum of Law Regarding the Deliberative Process Privilege, defendant's Motion to Compel should be denied, and plaintiff's Motion for a Protective Order should be granted.  All requirements for assertion of the deliberative process privilege have been satisfied and, like the other defendants in parallel power plants cases who have challenged the same or similar documents, the defendant has failed to establish a "substantial need" for the disputed documents.  Indeed, the documents are irrelevant as a matter of law to the defenses for which defendant seeks to use the documents.

WHEREFORE, the United States respectfully requests this Court to grant this Motion for a Protective Order.

Dated: September 22, 2005

---

[1] The August 30 Order called for simultaneous opening and response briefs to resolve the present privilege dispute.  Plaintiff does not intend or envision additional briefing through the filing of this Motion for Protective Order.

Respectfully Submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources
 Division

_____/s/_____
JASON A. DUNN
KATHERINE E. KONSCHNIK
RICHARD M. GLADSTEIN
Environmental Enforcement Section
Environment and Natural Resources
 Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-1111


GREGORY F. VAN TATENHOVE
United States Attorney
Eastern District of Kentucky

ANDREW SPARKS
Assistant U.S. Attorney
Suite 400
110 West Vine Street
Lexington, Kentucky 40507-1671
(859) 233-2661

OF COUNSEL:

ALAN DION
Senior Attorney
U.S. EPA, Region 4
61 Forsyth Street, S.W.
Atlanta, Georgia  30303

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on September 22, 2005, on the persons listed below:

| | |
|---|---|
| John M. Holloway III<br>Angela L. Jenkins<br>Hunton and Williams LLP<br>951 East Byrd St.<br>Richmond, Virginia 23219-4074<br>(804) 788-8200 | By U.S. Mail |
| T. Thomas Cottingham, III<br>Nash E. Long, III<br>Hunton & Williams<br>101 South Tryon Street, Suite 3500<br>Charlotte, NC 28280<br>Telephone: (704) 378-4700 | By U.S. Mail |

_____/s/_____
Richard M. Gladstein