Eastern District of Kentucky
FILED
OCT 1 3 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-34 - KSF

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

EAST KENTUCKY POWER COOPERATIVE, INC.                       DEFENDANT

\* \* \* \* \* \* \* \* \* \*

## AGREED ORDER EXTENDING TIME TO COMPLETE ALL PRETRIAL LIABILITY DISCOVERY AND TO FILE ALL MOTIONS TO AMEND PLEADINGS

By tendering this order for entry, the parties, through counsel, have represented that they have reached an agreement to extend the time set forth in the May 31, 2005 Second Amended Scheduling Order, in which the parties shall complete all pretrial liability discovery and shall file all motions to amend pleadings. Based upon this agreement, the provisions of Local Rule 7.1(b), and the record as a whole,

IT IS ORDERED that the deadline for the parties to complete all pretrial liability discovery and file all motions to amend pleadings shall be extended from Monday, November 14, 2005, to Friday, November 18, 2005.

Dated: 10/13/05

_____
Karl S. Forester, Senior Judge
United States District Court

Have seen and agreed to entry:

*/s/ Andrew Sparks*

Andrew Sparks
Assistant U.S. Attorney
Suite 400
110 West Vine Street
Lexington, Kentucky 40507-1671
(859) 233-2661
Counsel for the United States

*/s/ Keith Moorman*

Keith Moorman
Frost Brown Todd LLC
250 West Main Street
Suite 2700
Lexington, Kentucky 40507
(859) 231-0000
Counsel for East Kentucky Power Cooperative, Inc.