UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-34 - KSF

UNITED STATES OF AMERICA

PLAINTIFF,

VS.

EAST KENTUCKY POWER COOPERATIVE, INC.            DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES' RESPONSE TO EKPC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1
<u>LEGAL STANDARDS</u>**

# Exhibit 2

**In The Matter Of:**

*TENNESSEE VALLEY AUTHORITY*

*PROCEEDINGS BEFORE JUDGE PEARLSTEIN*
*Vol. 4, July 14, 2000*

*BROWN REPORTING, INC.*
*ATLANTA, AUGUSTA, CARROLLTON, ROME & SAVANNAH*
*1740 PEACHTREE STREET, N.W.*
*ATLANTA, GA  USA  30309*
*(404) 876-8979  or  (800) 637-0293*

Original File 0714EPA.ASC, 215 Pages
Min-U-Script® File ID: 4152981791

**Word Index included with this Min-U-Script®**

Page 648

[1] UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 4
[2]
[3]
[4] IN THE MATTER OF        )
    TENNESSEE VALLEY AUTHORITY ) DOCKET NO.
[5]                         ) CAA-2000-04-0008
    Paradise, Colbert, Widows )
[6] Creek, Allen, Cumberland, )
    Bull Run, John Sevier,  ) [42 U.S.C. Secs. 7413
[7] Kingston and Shawnee Plants ) 7414 and 7477]
[8]     Respondent.          )
[9]
[10]
[11]        Proceedings before the Honorable
[12] Andrew S. Pearlstein on the 14th day of July,
[13] 2000 at 75 Spring Street, Atlanta, Georgia,
[14] taken by Penny J. McPherson, Certified Court
[15] Reporter and Notary Public.
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
            BROWN REPORTING, INC.
[24]        1740 PEACHTREE STREET
            ATLANTA, GEORGIA 30309
[25]           (404) 876-8979

Page 649

[1]           APPEARANCES OF COUNSEL
[2]
    On behalf of the Environmental Protection Agency:
[3]
    JAMES A. LOFTON, Esq.
[4] GREGORY A. JAFFE, Esq.
    Air Enforcement Division
[5] United States Environmental Protection Agency
    Ariel Rios Building, Room 1119
[6] 1200 Pennsylvania Avenue, N.W.
    Washington, D.C. 20460
[7]
[8] On behalf of the Tennessee Valley Authority:
[9] LEE B. ZEUGIN, Esq.
    MARK B. BIERBOWER, Esq.
[10] RICHARD A. RICE, JR., Esq.
    Hunton & Williams
[11] 1900 K Street, N.W.
    Washington, D.C. 20006-1109
[12]
    ROBERT J. MARTINEAU, JR., Esq.
[13] Waller, Lansden, Dortch & Davis
    Nashville City Center
[14] 511 Union Street, Suite 2100
    Nashville, Tennessee 37219-8966
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 654

[1] clean air program.
[2] Held that position for a few years and
[3] then eventually merged into my current position with
[4] one brief period where I was actually engaged in our
[5] Washington — in TVA's Washington office for a few
[6] months. But essentially in all of the 30 years'
[7] experience I've been involved with TVA's
[8] fossil-powered plants.
[9] Q: Mr. Golden, did you prepare and submit
[10] prefiled written testimony in this proceeding?
[11] A: Yes, I did.
[12] Q: Mr. Golden, do you have in front of you a
[13] document entitled Prefiled Direct Testimony of
[14] Jerry L. Golden?
[15] A: Yes, I do.
[16] Q: Are there any additions or corrections
[17] you would like to make to your testimony?
[18] A: Yes, sir. There are a couple that I
[19] would like to do. First, if you would refer — one
[20] of the attachments, I believe that it is attachment
[21] two, which is the report, Routine Maintenance Of
[22] Electric Generating Stations, I have discovered an
[23] error in figure three, which is TVA's cyclone
[24] history.
[25] The legend titles should be interchanged,

Page 655

[1] the ones that say which are total replacements and
[2] which are partial replacements. So those legends
[3] need to be replaced.
[4] THE COURT: What page is that?
[5] THE WITNESS: Page 19, I believe it is,
[6] Your Honor. Yes, it is figure 3 on page 19.
[7] Also, on page 29 of the direct
[8] testimony, actually it's what are called the
[9] discussion of the individual projects. On
[10] page 29 of my direct testimony in the
[11] discussion of the Colbert plant I would like
[12] to add some language at the end of the
[13] paragraph just before the new section called
[14] the rationale for concluding project was
[15] routine and insert the language: This
[16] project involved replacement of 176,661 feet
[17] of tubing, 16.6 percent of the 1,065,509 feet
[18] of tubing in the initial boiler design. It
[19] also involved addition of 66,456 feet, 6.2
[20] percent increase from the original boiler
[21] design.
[22] I want to make that addition because in
[23] my discussion of the other projects I
[24] provided similar statistics regarding the
[25] magnitude of the project. I did not have

Page 656

[1] those data available at the time that I
[2] submitted the report, and I now have them.
[3] So I wanted to submit that.
[4] Also, I would like to add new Exhibits
[5] 7 and 8. Exhibit 7 would be a histogram of
[6] superheater replacement projects, and figure
[7] 8, Exhibit 8, would be a histogram of water
[8] wall replacement projects.
[9] In the report, Routine Maintenance Of
[10] Electric Generating Stations, I did some case
[11] studies, presented some case studies of other
[12] component replacements and presented data
[13] based on the survey, the partial survey of
[14] some industry experience with replacement of
[15] components. I did not include superheaters
[16] or water walls in that report.
[17] I did need to include some statistics
[18] from that survey in my discussion of the
[19] individual projects that are included in my
[20] testimony. So I thought it would be helpful
[21] to go ahead and present these histograms as
[22] data to back that up.
[23] MR. ZEUGIN: Judge Pearlstein, for your
[24] information, we supplied these changes
[25] yesterday to EPA.

Page 657

[1] THE COURT: I need copies of those last
[2] two for the record.
[3] MR. RICE: They were provided to your
[4] clerk yesterday as well.
[5] MR. EPP: I have copies if that's what
[6] you are saying were intended for Judge
[7] Pearlstein.
[8] THE COURT: Let's go off the record
[9] while we straighten that out.
[10] (Discussion ensued off the record.)
[11] MR. ZEUGIN: Judge Pearlstein, I would
[12] ask that the prefiled testimony of Jerry L.
[13] Golden with the two additional exhibits be
[14] marked as the next TVA exhibit.
[15] THE COURT: I believe we're at TVA
[16] No. 4. So that will be marked as TVA
[17] Exhibit 4, and the attachments could just be
[18] referred to as attachment number within TVA
[19] Exhibit No. 4.
[20] MR. ZEUGIN: That's fine. Thank you.
[21] At this time, Mr. Golden is available
[22] for cross-examination.
[23] THE COURT: Very well. That will be
[24] Mr. Lofton?
[25] MR. LOFTON: Yes, Your Honor.

Page 658

[1] CROSS-EXAMINATION
[2] BY MR. LOFTON:
[3] Q: Good morning, Mr. Golden.
[4] A: Good morning.
[5] Q: You and I have spoken in the hall, but
[6] we've never had a conversation, have we?
[7] A: No, sir, we have not.
[8] Q: So this is my first time to be able to
[9] question you. So I apologize in advance if I'm a
[10] little disjointed.
[11]   Mr. Golden, in your written testimony on
[12] page 2 you described yourself as an experienced
[13] power plant engineer; is that correct? That's your
[14] written testimony?
[15] A: I do not see those words here, but I
[16] certainly would agree with that.
[17] Q: Well, let me quote from your written
[18] testimony. It's on page 2, the second full
[19] paragraph.
[20] A: Yes, I see it.
[21] Q: Seven lines down. As an experienced
[22] power plant engineer and then you say what you will
[23] discuss.
[24] A: Yes.
[25] Q: So you've described yourself as an

Page 659

[1] experienced power plant engineer, and you say on
[2] page 3 that you have 30 years of experience as an
[3] engineer at TVA involved with the operation and
[4] maintenance of coal-fired electric generating
[5] plants.
[6]   That was also your written testimony, was
[7] it not?
[8] A: Yes, sir, with the addition that the term
[9] maintenance as used is to refer broadly to all
[10] activities undertaken to maintain the unit
[11] throughout its life.
[12] Q: But let's just quote from the sentence
[13] here. You say, based on my 30 years of experience
[14] as an engineer at TVA involved with the operation
[15] and maintenance of coal-fired electric generating
[16] units, and then you say what the term maintenance
[17] refers to, which you've identified yourself as an
[18] engineer with 30 years of experience in operations
[19] and maintenance; is that a fair summary?
[20] A: Yes, sir.
[21] Q: Now, have you ever been a power plant
[22] manager?
[23] A: No, sir, I have not.
[24] Q: Have you ever been a maintenance
[25] supervisor at a power plant?

Page 660

[1] A: I have not.
[2] Q: Have you ever held a maintenance position
[3] as an employee at a plant?
[4] A: No, sir, I have not.
[5] Q: Have you ever held a job as an employee
[6] at a coal-fired power plant?
[7] A: I have never had a permanent duty station
[8] at a coal-fired power plant.
[9] Q: How about at a hydro or nuclear plant at
[10] TVA?
[11] A: No, sir.
[12] Q: Have you ever had a job at a power plant?
[13] A: I've never had a permanent duty station
[14] at those plants.
[15] Q: Have you ever had a job at any power
[16] plant anywhere outside of TVA?
[17] A: No, sir, I have not.
[18] Q: Have you ever been personally involved on
[19] maintenance at a coal-fired steam boiler?
[20] A: With the definition that I have given for
[21] maintenance, yes, sir, I have.
[22] Q: Could you explain that? Could you
[23] enlighten us what direct involvement you had on
[24] maintenance at a, let's say a boiler at a coal-fired
[25] plant?

Page 661

[1] A: I was the responsible engineer for the
[2] implementation of one of the projects in question
[3] here.
[4] Q: Is that the Colbert unit?
[5] A: Yes. Yes, it was.
[6] Q: What was your involvement in the Colbert
[7] project?
[8] A: I was the manager of the group called
[9] fossil steam generation and equipment, and the
[10] implementation of the work that was performed by
[11] Babcock & Wilcox was under my direction.
[12] Q: Now, was that in the 1982 time frame?
[13] A: Yes, sir, that's correct.
[14] Q: What was the name of the division that
[15] you worked for?
[16] A: I believe that at that time that was
[17] still a part of the division of engineering design.
[18] Q: Was that — that was a different division
[19] than the power production division?
[20] A: That's correct.
[21] Q: Was that the division that was
[22] responsible for construction?
[23] A: No, sir, it was not.
[24] Q: It was an engineering division?
[25] A: That's correct.