UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-34  - KSF


UNITED STATES OF AMERICA

PLAINTIFF,


VS.


EAST KENTUCKY POWER COOPERATIVE, INC.                    DEFENDANT.


\* \* \* \* \* \* \* \* \* \* \*


**UNITED STATES' RESPONSE TO EKPC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1
<u>LEGAL STANDARDS</u>**


# Exhibit 3

17553
DHAWKINS                                                                1

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF OHIO

3                      EASTERN DIVISION

4     - - - - - - - - - - - - - - - -x

5     UNITED STATES OF AMERICA,          :

6     Plaintiff,                         :

7           and                         : Civil Action Nos.

8                                        :  C2-99-1182

9     STATE OF NEW YORK, et al.,         :  C2-99-1250

10    Plaintiff-Intervenors,             :

11                v.                     :

12    AMERICAN ELECTRIC POWER SERVICE   :

13    CORP., et al.,                     :

14          Defendants.                  :

15    - - - - - - - - - - - - - - - - x

16                              Washington, D.C.

17                              Tuesday, December 14, 2004

18

19

20

21    REPORTED BY:

22          DANIEL W. HAWKINS

ACE-FEDERAL REPORTERS, INC.
Nationwide Coverage
202-347-3700          800-336-6646          410-684-2550

17553
DHAWKINS

```
1    Deposition of

2                    JERRY L. GOLDEN

3    called for examination pursuant to subpoena on

4    Tuesday, December 14, 2004, at the Law Offices of

5    Sidley Austin Brown & Wood, LLP, 1501 K Street, NW,

6    Washington, D.C., beginning at 9:35 a.m., before

7    DANIEL W. HAWKINS, a Notary Public within and for the

8    District of Columbia, when were present on behalf of

9    the respective parties:

10   APPEARANCES:

11               JAMES A. LOFTON, ESQ.

12               Senior Counsel

13               Environmental Enforcement Section

14               U.S. Department of Justice

15               Environmental & Natural Resources Division

16               P.O. Box 7611

17               Washington, D.C. 20044-7611

18               Telephone 202.514.2445

19               Facsimile 202.514.2593

20               E-mail jim.lofton@usdoj.gov

21               On behalf of Plaintiff United States of

22   America
```

17553
DHAWKINS

3

1    APPEARANCES (Continued):

2    Also present:   JOSHUA OLSZEWSKI

3

4                LANGLEY R. SHOOK, ESQ.

5                Sidley Austin Brown & Wood, LLP

6                1501 K Street, NW

7                Washington, D.C. 20005

8                Phone 202.736.8197

9                Facsimile 202.736.8711

10               E-mail lshook@sidley.com

11               On behalf of Defendant American Electric

12                 Power

13

14   Also present:   CHRIS BELL

15

16

17

18

19

20

21

22

17553
DHAWKENS

1    agree with you.

2        Q    And the data that's used for the other

3    industry experience came from the Cyclone User's

4    Group?

5        A    That's correct.

6        Q    If you turn to the next page you've got

7    two graphs there, Figures 4 and 5; and according to

8    your report here on page 20, the median age at

9    replaced cyclones was 21 years, and the mean age was

10   23.1 years.

11            Tell me if I'm correct in the way you did

12   this.  Those figures are only for the 300 cyclones

13   that were actually replaced.

14       A    That is correct.

15       Q    Do you know what the average age of

16   cyclones is for all 701 cyclones or on all 96

17   generating stations?

18       A    I do not.

19       Q    I want to turn now to page 25, which is

20   where your discussion is on the reheaters.

21            Actually, let's turn to page 30, which

22   again is where the Other Industry Experience is

17553
DHAWKENS

80

1    discussed on reheaters.  And I want to look at this

2    last paragraph.

3                 Now for the reheater discussion, the Other

4    Industry Experience that you refer to here is

5    actually just for Duke, Southern, First Energy, and

6    AEP.  Is that correct?

7         A      And TVA.

8         Q      And TVA.  Just for those five utilities.

9         A      That's correct.

10        Q      And according to this data, there are 190

11   reheaters at the coal-fired fleets operated by Duke,

12   Southern, First Energy, AEP and TVA.  Am I reading

13   that correct?

14        A      Correct.

15        Q      So for these five companies, or these five

16   electric utilities, the ages at replacement ranged

17   from 5 to 44 years.  I'm looking on page 31, at the

18   graph there.  Figure 9.

19                 Am I looking at that correctly?

20        A      You are.

21        Q      What time period did that cover?  Meaning

22   Figure 9.

1        (Pause)

2        I didn't see any reference.

3    A    I can -- my understanding was that this

4    represented the total history of the coal-fired

5    boilers for these utilities.

6    Q    Okay.  You didn't actually collect the

7    data for this part of the report, did you, Mr.

8    Golden?

9    A    No, I did not.

10   Q    The attorneys at Hunton & Williams

11   collected this data and gave it to you; is that

12   correct?

13   A    I would not quite characterize it that

14   way.  I would say that the data were collected by

15   individuals at the utilities who sent it to the

16   attorneys, whose function was to remove any

17   indication of which utility the information came from

18   before it was forwarded to me.  Some of the utilities

19   that participated felt that some of the information

20   that they were providing was proprietary information,

21   and so there was this attempt made to blind the data,

22   so to speak, so that the role of the attorneys was to

17553
DHAWKENS
82

1   remove the -- to try to ensure that I did not have

2   specific identification of units or utilities that

3   the data were coming from.

4       Q       You got the data directly from Hunton &

5   Williams, correct?

6       A       That's correct.

7       Q       And you don't know why any particular

8   reheater was replaced, correct?

9       A       I have information on the TVA reheaters.

10  I did not have that information from the other

11  reheaters.

12      Q       So for example on Figure 9 on page 31

13  here, the reheaters that were replaced in years --

14  looks like five, six, seven, nine -- you don't know

15  why those reheaters were replaced?

16      A       I had information that would tell me why

17  six was replaced; that was a TVA unit.  The year six

18  replacement was a TVA unit.  As far as --

19      Q       Do you recall --?

20      A       No, I really don't, no.  It wouldn't take

21  much to reconstruct it, but I do not specifically

22  recall now.  But as far as the others are concerned,

17553
DHAWKENS

83

1    you're correct.  I did not have that information.

2         Q     Okay.  And according to this figure, the

3    average age of a reheater at these five electric

4    utilities was about 25 years, is that right?

5         A     Correct.

6         Q     Do you have any data on the average age of

7    a reheater in the entire industrial category?  In

8    other words, for all electric utilities?

9         A     No, I don't have those data.

10        Q     Turn now to page 34 and look at the

11   section -- actually, it begins on 33, and again 1

12   want to look at the Other Industry Experience on page

13   34, which discusses the economizers.

14              Again, the data for the economizers also

15   came directly from Hunton & Williams.  Is that right?

16        A     Yes, from the other four utilities plus

17   TVA.

18        Q     Again, those four utilities that you

19   received data on from Hunton & Williams are Duke,

20   Southern, First Energy and AEP.

21        A     That's correct.

22        Q     And based on the data you got from Hunton

17553
DHAWKENS

84

1   & Williams, the age of the economizers at these four

2   companies range from -- looks like in Figure 11, five

3   to six years to around fifty-five years?

4        A     I would say six to fifty-four, is the way

5   I would read the figure.

6        Q     Six to fifty-four?

7        A     Yes.

8        Q     And same questions with reheaters.  Do you

9   know what time period that covers, or is that for

10  all?

11       A     It's the same answer.  My understanding,

12  it's the entire history of operation of the units.

13       Q     All right.  And the average age for these

14  economizers that were replaced at the five electric

15  utilities was 22, 23 years?

16       A     Correct.

17       Q     According to your Figure 11?

18       A     Right, and just as many were replaced

19  earlier as were replaced later.  The mean and the

20  median were virtually the same.

21       Q     But that was only for the 98 economizers

22  that were actually replaced at the five utilities in

1    your survey, correct?

2         A    That's correct.

3         Q    Do you have any data on the current

4    average age of all 202 economizers at the five

5    utilities that you've analyzed?

6         A    I have the data that would enable me to

7    calculate that, but I have not made that calculation.

8         Q    Is it fair to say that the average age, if

9    you used all 202 economizers and averaged the age

10   that it would be, the mean and the median would be

11   greater than 22 or 23 years?

12        A    My suspicion would be that it might be

13   less; either the same or less.  Given that this

14   document is now four years old, you might need to

15   advance it four years, but other than age, I would

16   have no reason to suspect that the age of the

17   economizers would be higher for the fleet than for

18   the ones that were replaced.

19        Q    I'm not sure I understand that, then,

20   because the way I'm looking at your report here on

21   the economizers, there are 219 units --

22        A    Oh, no, I'm sorry.  I think I misspoke

1    there.   I would have to agree -- yes, I would agree

2    that it would be higher, because again as you say,

3    some have now been replaced and started a new life.

4    So if you had one that had not been replaced -- what

5    I was thinking when I answered was the age of the

6    unit, not necessarily the age of the economizer.   I

7    think you're right.

8         Q     Okay.   In your survey, 98 out of the 202

9    economizers had been replaced at those five

10    utilities, right?

11         A     Uh-huh (affirmative).

12         Q     So if 98 had been replaced, then 104

13    presumably were never replaced.

14         A     If that's the math, yes.

15         Q     Do you have any data on the average age of

16    an economizer in the industrial category?   Meaning

17    for all electric utilities operating coal-fired

18    units?

19         A     No, I do not.

20         Q     Let's go off the record a minute.

21               (Discussion off the record.)

22               BY MR. LOFTON: