IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | No. 5:04-CV-00034-KSF |
| EAST KENTUCKY POWER COOPERATIVE, INC. | | |
| Defendant. | | |

**NOTICE OF FILING SUPPLEMENTAL APPENDIX OF EXHIBITS IN SUPPORT OF
DEFENDANT EAST KENTUCKY POWER COOPERATIVE, INC.'S OPPOSITIONS TO
PLAINTIFF UNITED STATES' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to the ECF User Manual for the United States District Court for the Eastern and Western Districts of Kentucky, Defendant East Kentucky Power Cooperative, Inc. ("EKPC") respectfully submits for electronic filing its Supplemental Appendix of Exhibits in Support of its Oppositions to Plaintiff United States' Motions for Summary Judgment.

Respectfully submitted this 13th day of February, 2006.

|  |  |
|---|---|
|  | /s/ T. Thomas Cottingham, III |
| Dale W. Henley | By: T. Thomas Cottingham, III* |
| KY Bar No. 31110 | Email: tcottingham@hunton.com |
| Roger Cowden | Nash E. Long, III* |
| KY Bar No. 15183 | Brent A. Rosser* |
| **EAST KENTUCKY POWER COOPERATIVE** | **HUNTON & WILLIAMS LLP** |
| 4775 Lexington Road | 101 South Tryon Street, Suite 3500 |
| P.O. Box 707 | Charlotte, North Carolina 28280 |
| Winchester, Kentucky 40391-0707 | (704) 378-4700 |
| (859) 744-4812 | (704) 378-4890 ~ Fax |
| (859) 744-6008 ~ Fax |  |

| | |
|---|---|
| John M. Holloway III* | Keith Moorman |
| Angela L. Jenkins* | KY Bar No. 49875 |
| **HUNTON & WILLIAMS LLP** | **FROST BROWN TODD LLC** |
| 951 East Byrd Street | 2700 Lexington Financial Center |
| Richmond, Virginia 23219-4074 | 250 West Main Street |
| (804) 788-8200 | Lexington, Kentucky 40507-1742 |
| (804) 788-8218 ~ Fax | (859) 231-0000 |
| | (859) 231-0011 ~ Fax |

Mark B. Bierbower*
Makram B. Jaber*
Henry V. Nickel
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, DC 20006-1109
(202) 955-1500
(202) 778-2202 ~ Fax

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing **NOTICE OF FILING SUPPLEMENTAL APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT EAST KENTUCKY POWER COOPERATIVE, INC.'S OPPOSITIONS TO PLAINTIFF UNITED STATES' MOTIONS FOR SUMMARY JUDGMENT** upon each of the parties in this lawsuit indicated below:

| | |
|---|---|
| Jason A. Dunn<br>Environmental Enforcement Section<br>Environment & Natural Resources Division<br>Department of Justice<br>ENRD Mailroom, Room 2121<br>601 D. Street, NW<br>Washington, DC 20004<br>Email: Jason.Dunn@usdoj.gov | VIA ELECTRONIC MAIL AND<br>FIRST CLASS U.S. MAIL;<br><br>APPENDIX OF EXHIBITS<br>BY OVERNIGHT DELIVERY |
| Sue Ellen Wooldridge<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>Department of Justice<br>P.O. Box 7415<br>Ben Franklin Station<br>Washington, DC 20044 | VIA FIRST CLASS U.S. MAIL |
| Frances E. Catron<br>Acting U.S. Attorney<br>Eastern District of Kentucky<br>110 West Vine Street, Suite 400<br>Lexington, KY 40507-1671 | VIA FIRST CLASS U.S. MAIL |
| Andrew Sparks<br>Assistant U.S. Attorney<br>110 West Vine Street, Suite 400<br>Lexington, KY 40507-1671 | VIA FIRST CLASS U.S. MAIL |
| Alan Dion<br>Associate Regional Counsel<br>U.S. EPA, Region 4<br>61 Forsyth Street, S.W.<br>Atlanta, GA 30303 | VIA FIRST CLASS U.S. MAIL |

This 13th day of February, 2006.

/s/ T. Thomas Cottingham, III

CH/166703

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:04-CV-00034-KSF |
| ) | |
| **EAST KENTUCKY POWER** ) | |
| **COOPERATIVE, INC.** ) | |
| ) | |
| Defendant. ) | |

### SUPPLEMENTAL APPENDIX OF EXHIBITS
### IN SUPPORT OF EAST KENTUCKY POWER COOPERATIVE, INC.'S
### OPPOSITIONS TO UNITED STATES' MOTIONS FOR SUMMARY JUDGMENT

### Exhibit Index

| Ex. | Document |
|---|---|
| 144 | Supplemental Glossary of Technical Terms and Acronyms |
| 145 | C. Whitman letter to J. Inhofe (May 14, 2001) |
| 146 | N. Kete fax to B. Lamason (Jan. 9, 1991), attach. C. Lang memorandum to N. Kete (Sept. 13, 1990) |
| 147 | C. Lang memorandum to N. Kete (Jan. 11, 1991) |
| 148 | R. Voegtle memorandum to C. Lang (Mar. 4, 1991) |
| 149 | R. Voegtle memorandum to C. Lang (Mar. 6, 1991) |
| 150 | C. Lang memorandum to N. Kete (Mar. 6, 1991) |
| 151 | K. Wertz memorandum to D. Byrne (July 3, 1986) |

| Ex. | Document |
|---|---|
| 152 | J. Cheung fax to D. Lloyd (Nov. 20, 2002), attach. Dale Station Alternative Study (August 1993) |
| 153 | 30(b)(6) Deposition of David Schulz on Routine (6/14/05) (Excerpts) |
| 154 | 30(b)(6) Deposition of David Lloyd on Emissions (2/25/05) (Excerpts) |
| 155 | 30(b)(6) Deposition of Jim Little (7/20/05) (Excerpts) |
| 156 | Deposition of Ranajit Sahu (10/31/05) (Excerpts) |
| 157 | 30(b)(6) Deposition of Walt Stevenson (4/10/02) taken in *United States v. Duke Energy* (Excerpts) |
| 158 | Deposition of Winston Smith (9/07/05) (Excerpts) |
| 159 | E. Reich memorandum to D. Kee (July 1, 1978) |
| 160 | E. Reich memorandum to Regional Directors (Dec. 18, 1978) |
| 161 | E. Reich memorandum to M. Johnston (July 28, 1983) |
| 162 | E. Reich, et al. memorandum to Regional Counsel and Directors (Dec. 14, 1983) |
| 163 | E. Reich memorandum to W. Smith (Feb. 26, 1986) |
| 164 | United States Response to Defendant's Request for Admissions (Excerpts) |
| 165 | E. Reich letter to S. Goldberg (Aug. 26, 1981) |
| 166 | E. Reich, et al. memorandum (Feb. 18, 1983) |
| 167 | G. McCutchen mem. to EPA Regions (July 1, 1991) |
| 168 | Brief of the Respondents, *Wisconsin Elec. Power Co. v. Reilly*, Nos. 88-3264, 89-1339 (Sept. 1989) (Excerpts) |
| 169 | Deposition of Jerry L. Golden (11/02/05) (Excerpts) |

| Ex. | Document |
|---|---|
| 170 | J. Seitz mem. to Regional Directors (July 1, 1994) |
| 171 | EKPC Responses to United States Interrogatories (Excerpts) |
| 172 | Deposition of Stephen Ricker (6/14/05) (Excerpts) |
| 173 | J. Rasnic memorandum to G. Czerniak (June 17, 1993) |
| 174 | EKPC CAA Compliance Study (Excerpts) |
| 175 | Description of Systems Integration Services for William C. Dale Power Station (Sept. 1, 1994) (Excerpts) |
| 176 | East Kentucky Power Cooperative, Inc., Dale Station Unit #3, D.B. Riley Contract No. 95507 |
| 177 | 30(b)(6) Deposition of Kevin I. Taylor (8/24/05) (Excerpts) |
| 178 | R. Palk letter to S. Slovikosky (Sept. 28, 1994) |
| 179 | Deposition of Jeffrey Brandt (2/17/05) (Excerpts) |
| 180 | Report of Jonathan D. Parker (Aug. 15, 2005) |
| 181 | Riley Stocker Specification Sheet |
| 182 | J. Shipp memorandum to C. Cornett (May 4. 1988) |
| 183 | R. Palk letter to S. Slovikosky (Dec. 16, 1994), attach. Dale Alternative 94 (Nov. 1994) |
| 184 | Deposition of James Shipp (2/16/05) (Excerpts) |
| 185 | Deposition of Alan M. Hekking (10/25/05, 10/26/05) (Excerpts) |
| 186 | Rebuttal Report of Jonathan D. Parker (Sept. 19, 2005) |
| 187 | Deposition of Jonathan D. Parker (11/16/05) (Excerpts) |

| Ex. | Document |
|---|---|
| 188 | J. Kendrick letter to J. Brandt (Jan. 27, 1995) |
| 189 | J. Kendrick letter to J. Brandt (Feb. 28, 1996) |
| 190 | J. Kendrick letter to J. Brandt (Mar. 18, 1996) |
| 191 | J. Kendrick invoice to J. Brandt (June 5, 1996) |
| 192 | J. Kendrick letter to K. Carroll (Sept. 4, 1996) |
| 193 | H. Enoch memorandum to D. Gaunce, "MEAGER 2000 Program" (Jan. 25, 1992) |
| 194 | Stanley Consultants, Inc. "MEAGER 2008, An Assessment of EKPC Generating Plant Requirements Through the Year 2008" (Oct. 9, 1993) |
| 195 | Production Long-Range Work Plan, MEAGER 2015 (Feb. 1997) |
| 196 | Report of Michael E. Barrett, CPA (Sept. 19, 2005) |
| 197 | EKPC Supplemental Responses to United States Interrogatories (Excerpts) |
| 198 | Transcript of Summary Judgment Hearing, *United States v. Duke Energy Corp.*, Civ. No. 00-1262 (M.D.N.C. July 18, 2003) |
| 199 | Deposition of Ken Weiss (11/15/05) (Excerpts) |
| 200 | Deposition of Samuel James Holloway (6/03/05) (Excerpts) |
| 201 | Report of Kenneth N. Weiss (Aug. 15, 2005) |
| 202 | J. Ravan letter to R. Hughes (Sept. 21, 1976) ("Spurlock 2 PSD Permit") |
| 203 | *New Source Review Workshop Manual* (Draft 1990) (Excerpts) |
| 204 | Spurlock 2 State Preconstruction Permit (Dec. 2, 1976) |
| 205 | Effective Permit Writing, Student Guidebook, EPA-450/September 1986, Air Pollution Training Institute (Excerpts) |

| Ex. | Document |
|---|---|
| 206 | Inland Container Permit Application Documents |
| 207 | Inland Container Permit (Aug. 1, 1990) |
| 208 | G. Emison letter to M. Sterling (Jan. 18, 1990) |
| 209 | R. Miller letter to J. Reinersten (Aug. 6, 2001) |
| 210 | *In re Rochester Public Utilities Application for a PSD Permit*, Brief of Amicus U.S. EPA Office of General Counsel (EAB June 2, 2004) |
| 211 | Document Filed Under Seal |
| 212 | ECAR Document No. 2, Daily Operation Reserve, *available at* http://www.ecar.org/documents/document 2_6-98.pdf |
| 213 | Spreadsheets of Ranajit Sahu |
| 214 | Joint Public Hearing - Rural Electrification Administration (Aug. 3, 1976) |
| 215 | 47 Fed.Reg. 56,882 (1982) |
| 216 | Clearing the Air:  The Facts About Capping and Trading Emissions," EPA-430F-02-001 (May 2002) |
| 217 | EKPC, The Power of Human Connections, *available at* http://www.ekpc.com/publications/ekpcinfobrochure.pdf |
| 218 | EKPC Energy News, "Kentucky's Cleanest Coal-Powered Unit Dedicated" (April 15, 2005), *available at* http://www.ekpc.coop/news49.html |
| 219 | Rural Electric, "Getting Cleaner" (October 2005), *available at* http://www.ekpc.coop/REmagazine/GettingCleaner.pdf |
| 220 | EKPC Backgrounder:  Good News about Energy and the Environment (Dec. 1, 2004), *available at* http://www.ekpc.com/publications/GoodNews.pdf |
| 221 | United States Responses to EKPC Interrogatories (Excerpts) |
| 222 | F. Lyons letter to H. Nickel (May 23, 2000) |
| 223 | Deposition of Robert Hughes (2/18/05) (Excerpts) |

| Ex. | Document |
|---|---|
| 224 | Declaration of Richard Hayslip |
| 225 | 54 Fed. Reg. 36,307 (1989) |
| 226 | Deposition of Archie Lee (11/29/05) (Excerpts) |
| 227 | Paradise Steam Plant State Operating Permit (1987) |
| 228 | Deposition of Roger Cook (7/27/05) (Excerpts) |
| 229 | Deposition of Robert Hughes (2/18/05) (Excerpts) |
| 230 | J. Seitz and R. Van Heuvelen memorandum to EPA Regional Offices (Jan. 25, 1995) |
| 231 | 40 C.F.R. Part 75, Subpart F, 5. *Procedures for Heat Input* (2005) (Excerpts) |
| 232 | T. Devine letter to State/Local Director (Mar. 11, 1981) |
| 233 | W. Anderson letter to N.O. Gerald (Apr. 7, 1986) |
| 234 | R. Bauman memorandum to J. Wilburn (Oct. 11, 1985) |
| 235 | 30(b)(6) Deposition of Lynn Hutchison (6/21/05) (Excerpts) |
| 236 | G. Goebel Letter to R. Hughes (Feb. 3, 1994) |
| 237 | 30(b)(6) Deposition of Robert Hughes (4/13/05) (Excerpts) |
| 238 | Deposition of Edward K. Levy (11/03/05) (Excerpts) |
| 239 | Report of Edward K. Levy (Aug. 15, 2005) |