UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 04-34 - KSF

UNITED STATES OF AMERICA

                                                                                                       PLAINTIFF,

VS.

EAST KENTUCKY POWER COOPERATIVE, INC.                DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF UNITED STATES' REPLY MEMORANDUM IN SUPPORT OF ITS
FIRST MOTION FOR SUMMARY JUDGMENT:**

**THE APPLICABLE LEGAL TEST FOR THE
<u>ROUTINE MAINTENANCE, REPAIR AND REPLACEMENT EXCLUSION</u>**

**List of Exhibits**

Exhibit 1        Order on Plaintiffs' Motion for Partial Summary Judgment Regarding the Legal Standard for the Routine Maintenance, Repair and Replacement Exclusion issued in *United States v. Cinergy Corp.*, No. 1:99-cv-1693-LJM-VSS, 2006 WL 37276 (S.D. Ind. February 16, 2006)