Eastern District of Kentucky
**FILED**

SEP 2 6 2006

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 04-34-KSF

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                          **ORDER**

EAST KENTUCKY POWER COOPERATIVE, INC.                        DEFENDANT

* * * * * * * * * * * *

This matter is before the Court on the parties' responses to the Court's order entered

August 18, 2006 [DE #146]. Therein, the parties indicated which of the outstanding motions for

summary judgment and/or which specific issues should await a ruling by the United States

Supreme Court in the case of <u>Environmental Defense v. Duke Energy Corp.</u>, No. 05-848 (to be

argued November 1, 2006). After reviewing the parties' submissions, the Court has determined

that a number of these motions should be dismissed without prejudice to refile same pending

resolution of the <u>Duke Energy</u> case, but that other of the motions can be decided now either in

whole or in part.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY

ORDERS that

    (1)    the plaintiff's second motion for summary judgment [DE #61],
plaintiff's third motion for summary judgment [DE #65], plaintiff's
fourth motion for summary judgment [DE #67], plaintiff's fifth
motion for summary judgment [DE #69] are dismissed without
prejudice pending a final decision in the <u>Duke Energy</u> case; and

(2)    the remaining motions for summary judgment will remain pending
       for decision.

This _____ day of September, 2006.

_____
KARL S. FORESTER, SENIOR JUDGE